IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AARON JOSEPH KOESTER,<br><br>　　　　Defendant. | 4:22-cr-00184-RGE-HCA |

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

The United States of America and the Defendant, having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and L. Cr. R. 11. The Defendant entered a plea of guilty to Count 1 of the Information. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary as to each count, and that the offense charged is supported by an independent factual basis concerning each of the essential elements of such offense. Defendant understands and agrees to be bound by the terms of the plea agreement.[1] I, therefore, recommend

---

[1] Pursuant to Fed. R. Crim. P. 11(c)(1)(C), "the parties agree that the Court should impose a sentence of 120 months' imprisonment and will not advocate for a higher or lower sentence at the time of sentencing." Plea Agm't ¶ 13. Contrary to the expectation of the Court and despite having a signed Plea Agreement by both parties since September 20, 2023, the parties did not notify District Judge Rebecca Goodgame Ebinger of the parties' Rule 11(c)(1)(C) agreement prior to the plea agreement hearing. Because Defendant Koester appears on a writ out of Monroe County, Iowa, and because Judge Ebinger was out of the district and unavailable this date, the Court permitted the parties to go forward with the plea hearing for the convenience of the parties and with the parties' full understanding of the consequences if Judge Ebinger declines to impose the recommended sentence or agree to the Rule11(c)(1)(C). The lawyers were instructed to schedule a meeting with Judge Ebinger upon her return to the district.

that the plea of guilty be accepted, that a pre-sentence investigation and report be prepared, and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Date: November 6, 2023

                                                HELEN C. ADAMS
                                                CHIEF U.S. MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).